**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-6671

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTHONY RAVON RUFFIN, a/k/a Anthony Rayvon Ruffin,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Loretta C. Biggs, District Judge. (1:08-cr-00304-LCB-1; 1:14-cv-00087-JAB-JLW)

Submitted: October 23, 2018                     Decided: October 26, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Ravon Ruffin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Ravon Ruffin seeks to appeal the district court's order denying his motion to alter or amend the district court's order denying his motion for reconsideration of the denial of his 28 U.S.C. § 2255 (2012) motion and denying his motion for default judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm. We deny as unnecessary a certificate of appealability. *Harbison v. Bell*, 556 U.S. 180, 183 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
